FILED
AUG - 3 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR169-F |
| | ) | [18 USC 922(g)(1); |
| SHEDRICK WILLIAMS | ) | 21 USC 841(a)(1); |
| | ) | 18 USC 924(c)(1)(A)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about the 23rd day of December, 2003, in Troy, Alabama, within the Middle District of Alabama,

SHEDRICK WILLIAMS,

defendant herein, having been convicted of Robbery, second degree, for which he was sentenced to serve ten years in the State Penitentiary by the Circuit Court of Mobile County, thereafter did knowingly possess, in and affecting commerce, two firearms, to wit:

1)  a Star, 9mm semi-automatic pistol, serial number 1440584; and

2)  a Savage, 12 gauge shotgun, serial number A941462,

all in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about the 23rd day of December, 2003, in Troy, Alabama, within the Middle District of Alabama,

SHEDRICK WILLIAMS,

defendant herein, did knowingly and intentionally possess with intent to distribute approximately

480.40 grams of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about the 23rd day of December, 2003, in Troy, Alabama, within the Middle District of Alabama,

SHEDRICK WILLIAMS,

defendant herein, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States knowingly possessed two firearms in furtherance of said drug trafficking crime, said firearms being:

1) a Star, 9mm semi-automatic pistol, serial number 1440584; and

2) a Savage, 12 gauge shotgun, serial number A941462,

all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

A. Counts 1, 2 and 3 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for any violations of Title 18, United States Code, Section 922 or 924, as alleged in Counts 1 or 3 of this indictment, the defendant,

Shedrick Williams,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of any of these offenses.

C. If any of the property described in this forfeiture allegation, as a result of any act or

omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without

difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above.

All in violation of Title 18, United States Code, Sections 922 and 924.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney

3