AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **ALABAMA**

RECEIVED
2005 SEP 30 A 10: 53
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

UNITED STATES OF AMERICA
v.
SHEDRICK WILLIAMS

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 2:05CR169-F | MJ 05-0117-D | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment    ☐ Information    ☐ Complaint    Other (specify)

charging a violation of    18, 21    U.S.C. §   922(g)(1)  924(c)(1)(A) and 841(a)(1)

**DISTRICT OF OFFENSE**
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**DESCRIPTION OF CHARGES:**

Unlawful transport of firearms; sell and distribute a controlled substance; and violent crimes/drugs/machine gun

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel    x Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    No    ☐ Yes    Language:

**DISTRICT OF ALABAMA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| September 29, 2005 | s/ Kristi K. DuBose |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

SHEDRICK WILLIAMS
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number: MJ 05-0117-D

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed - that is
  - ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____*
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)
- ☒ (1) There is probable cause to believe that the defendant has committed an offense
  - ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____
  - ☒ under 18 U.S.C. § 924(c).
- ☒ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)
- ☐ (1) There is a serious risk that the defendant will not appear.
- ☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☒ clear and convincing evidence ☐ a preponderance of the evidence that

def. is a flight risk and a danger to the community. Def. has prior convictions for Robbery 1st and evading arrest. Def. is currently on bond for murder but admittedly continues to use drugs. Def. has failed to rebut the presumption of dangerousness to the community.

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

| 9/21/2005 | s/ Kristi K. DuBose |
|---|---|
| *Date* | *Signature of Judge* |
| | Kristi K. DuBose, U. S. Magistrate Judge |
| | *Name and Title of Judge* |

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | MJ. NO. 05-0117-D |
| ) | |
| SHEDRICK WILLIAMS ) | |

### ORDER CONCERNING INITIAL APPEARANCE

On September 14, 2005, defendant, Shedrick Williams, appeared before the United States Magistrate Judge in the Southern District of Alabama. **The Court advised the defendant as to the contents of the Indictment out of the Middle District of Alabama**, of the right to request appointment of counsel, of the general circumstances under which pretrial release from custody could be had, of the right not to make any statements and of the fact that any statements could be used against the defendant, of the right to reasonable time to consult with counsel, and of the right to release on bail.

The defendant appeared with appointed counsel, Fred Tiemann, standing in for Chris Knight. Upon oral motion of the Government, it is **ORDERED** that a detention hearing is set for **Friday, September 16, 2005 at 3:30 p.m.** before Magistrate Judge Kristi K. DuBose in Courtroom 1A. Pending this hearing, the defendant shall be held in custody of the United States Marshal.

**DONE and ORDERED** this 14th day of September, 2005.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES MAGISTRATE JUDGE**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | MJ NO. 05-0117-D |
| | ) | |
| SHEDRICK WILLIAMS | ) | |

### ORDER

The defendant having testified under oath or otherwise having satisfied the Court that he is financially unable to employ counsel, does not wish to waive counsel, and because the interests of justice requires, it is ordered that **Chris Knight** of the Federal Defender's Office is hereby appointed to represent the defendant in this action.

**DONE and ORDERED** this 14th day of September, 2005.

                                        s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES MAGISTRATE JUDGE**