IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 05cr169-F |
| | ) | |
| SHEDRICK WILLIAMS | ) | |

# ORDER

Upon review of the financial affidavit submitted by the defendant, SHEDRICK WILLIAMS, on 4 October 2005, the court finds that the defendant, SHEDRICK WILLIAMS, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Therefore, it is

ORDERED that the Clerk shall appoint the Public Defender to represent the defendant for all further proceedings.  The Public Defender shall file a notice of appearance in the above-styled case.

DONE this 24th day of October, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE