IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 05cr169-F |
| | ) | |
| SHEDRICK WILLIAMS | ) | |

**ORDER**

Based upon notification from the United States Marshals Service that the defendant, SHEDRICK WILLIAMS, is now in this district, and after review of this case, it is

ORDERED that the defendant, SHEDRICK WILLIAMS, shall appear before the undersigned Magistrate Judge for a ***special arraignment*** on 31 October 2005 at 2:30 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 24th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE