IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr169-F |
| | ) | |
| SHEDRICK WILLIAMS | ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of Title 18, United States Code, Section 922 or 924 as alleged in Counts 1 and 3 of the criminal indictment, which is punishable by imprisonment of more than one year, the United States seeks forfeiture of the following firearms pursuant to Title 18, United States Code, 924 and Title 28, United States Code, Section 2461(c):

**One Star, 9mm semi-automatic pistol, bearing serial number 1440584; and,**

**One Savage, 12 gauge shotgun, bearing serial number A941462.**

Respectfully submitted this 26th day of October, 2005.

```
                    FOR THE UNITED STATES ATTORNEY
                            LEURA G. CANARY
```

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2005, I electronically filed the foregoing Notice of Bill of Particulars with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Federal Defender's Office** and **Kent B. Brunson.**

Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280