| COURTROOM DEPUTY'S MINUTES | DATE: 10/31/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:20 - 3:24 |
| | COURT REPORTER: |
| x ARRAIGNMENT    ☐ CHANGE OF PLEA    ☐ CONSENT PLEA | |
| ☐ RULE 44(c) HEARING    ☐ SENTENCING | |

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr169-F    **DEFENDANT NAME:** Shedrick Williams
**AUSA:** Kent Brunson    **DEFENDANT ATTORNEY:** Kevin Butler

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
Interpreter present? ( √ )NO; ( )YES    Name:
**DISCOVERY DISCLOSURE DATE:** 11/3/05

___

☐ This is defendant's **FIRST APPEARANCE.**
☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    x Not Guilty    ☐ Nol Contendere
☐ Not Guilty by reason of insanity
☐ Guilty as to:
    ☐ Count(s):
    ☐ Count(s):    ☐ dismissed on oral motion of USA
                    ☐ to be dismissed at sentencing

☐ Written plea agreement filed    ☐ ORDERED SEALED
☐ _____ Days to file pretrial motions    ☐ _____ Trial date or term
☐ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY** as to Counts
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
    ☐ Trial on _____ ; ☐ Sentencing on _____
x **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Posting a $_____ bond;
    x Trial on 2/13/06 ; or ☐ Sentencing on _____
☐ Rule 44 Hearing:    ☐ Waiver of Conflict of Interest Form executed
                        ☐ Defendant requests time to secure new counsel
☒ **WAIVER** of Speedy Trial. **CRIMINAL TERM:** 2/13/06    **PRETRIAL SET:** 11/21/05 @ 9:00 a.m.