**COURTROOM DEPUTY'S MINUTES**          **DATE:**  11/21/05

**MIDDLE DISTRICT OF ALABAMA**          **Digital Recording:   9:29 - 9:30**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson    DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER:   2:05cr169-F**          **DEFENDANT(S): Shedrick Williams**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent Brunson | * | Kevin Butler |
| | | |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**          **Complete**

❒ **PENDING MOTION STATUS:**          **None**

❒ **PLEA STATUS:**

**Change of plea by Next Month**

**1/17/06 Plea Date**

❒ **TRIAL STATUS**

**2/13/06 Trial Term**

❒ **REMARKS:**