IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05cr169-F |
| | ) | |
| SHEDRICK WILLIAMS | ) | |

## ORDER

A pretrial conference was held on 21 November 2005 before the undersigned Magistrate Judge. Present at this conference were Attorney Kevin Butler, counsel for the defendant, and Assistant United States Attorney Kent Brunson, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for 13 February 2006. The trial of this case is set for the trial term commencing on 13 February 2006 and is expected to last two days. This case is hereby set before Chief Judge Mark E. Fuller on the term of court commencing on 13 February 2006.

2. There are no motions currently pending and the time set by the court for filing motions has passed.

3. Proposed voir dire questions shall be filed on or before 6 February 2006. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before 6 February 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before 6 February 2006.

6. A defendant who wishes to enter a plea pursuant to Rule 11 (c)(1)(A) or (C) shall do so no later than 6 February 2006. The government and defendant are informed that if a defendant enters his plea after that date, and if the plea is not ultimately accepted by the court, the defendant and the government must be prepared to go to trial on 13 February 2006.

DONE this 22nd day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE