| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 1/3/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:11 - 9:13 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr169-F     **DEFENDANT(S):** Shedrick Williams

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Kent Brunson | * | Kevin Butler |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**
Change of plea
Plea Date: 2/6/06 @10:00 a.m.
Plea Agreement by 2/3/06 @ 12:00 p.m.

☐ **TRIAL STATUS**
2/13/06 Trial Term

☐ **REMARKS:**