IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr169 |
| | ) | |
| **SHEDRICK WILLIAMS** | ) | |

**MOTION TO WITHDRAW INCORRECTLY FILED**
**NOTICE OF INTENT TO CHANGE PLEA FILED**
**AS NOTICE OF ATTORNEY APPEARANCE**

NOW COMES the Defendant, Shedrick Williams, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court to withdraw his previously filed Notice of Intent to Change Plea incorrectly filed as a Notice of Attorney Appearance.

WHEREFORE, the Defendant prays that his Motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) CR. No.: 2:05cr169 |
| | ) |
| **SHEDRICK WILLIAMS** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                              Respectfully submitted,

                              s/ Kevin L. Butler
                              KEVIN L. BUTLER
                              First Assistant Federal Defender
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail: kevin_butler@fd.org
                              AZ Bar Code: 014138