MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:   Jimmy Dickens

❏ARRAIGNMENT          xCHANGE OF PLEA          ❏CONSENT PLEA

❏RULE 44(c) HEARING          ❏SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*          **DEPUTY CLERK:** *Wanda A. Robinson*

**CASE NUMBER:** *2:05cr169-LSC*          **DEFENDANT NAME:** *Shedrick Williams*

**AUSA:** *Kent Brunson*          **DEFENDANT ATTY:** *Kevin L. Butler*

Type Counsel:     ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** _Leslie Craft_

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?** _x_ **NO** _____ **YES     Name:** _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**          ❏ Not Guilty                              ❏Nol Contendere

❏Not Guilty by reason of insanity

❏Guilty as to:

XCount(s) _____2 , 3_____     of the Felony Indictment.

XCount(s) _____1_____  ❏ dismissed on oral motion of USA;

X to be dismissed at sentencing

**X—     ORAL ORDER ADJUDICATING GUILT as to COUNTS 2 and 3**

X—    Written plea agreement filed.  ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.**  ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions.  ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____ ;  ❏ Sentencing on _____  ❏ _____Bond  ❏ to be set by Separate Order

X—    **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____ ; or  X Sentencing on_____ X set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.