IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr169-LSC |
| | ) | |
| SHEDRICK WILLIAMS | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Withdraw Incorrectly Filed Notice of Intent to Change Plea Filed as Notice of Attorney Appearance, filed 3 February 2006 (Doc# 19), is GRANTED.

DONE this 9th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE