```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )     CR. NO. 2:05cr169-C
                            )
SHEDRICK WILLIAMS           )
```

MOTION FOR FORFEITURE HEARING

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, hereby moves this Honorable Court to schedule a forfeiture hearing prior to sentencing and submits the following:

On February 6, 2006, a plea agreement was filed in this matter. The plea agreement, however, did not address forfeiture of the weapons named in the bill of particulars.

Based on the above, the United States moves this Court to conduct a forfeiture hearing prior to Defendant's sentencing.

Respectfully submitted this the 3rd day of March, 2006.

                                      FOR THE UNITED STATES ATTORNEY
                                            LEURA G. CANARY

                                  /s/John T. Harmon
                                  John T. Harmon
                                  Assistant United States Attorney
                                  Bar Number: 7068-II58J
                                  Office of the United States Attorney
                                  Middle District of Alabama
                                  One Court Square, Suite 201
                                  Montgomery, Alabama 36104
                                  Telephone:(334) 223-7280
                                  Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2006, I electronically filed the foregoing Motion for Forfeiture Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kevin L. Butler** and **Kent Brunson**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J