IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr169-C |
| | ) | |
| SHEDRICK WILLIAMS | ) | |

<u>MOTION FOR FORFEITURE HEARING</u>

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, hereby moves this Honorable Court to schedule a forfeiture hearing prior to sentencing and submits the following:

On February 6, 2006, a plea agreement was filed in this matter. The plea agreement, however, did not address forfeiture of the weapons named in the bill of particulars.

Based on the above, the United States moves this Court to conduct a forfeiture hearing prior to Defendant's sentencing.

Respectfully submitted this the 3rd day of March, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

**MOTION DENIED AS MOOT**
THIS __28th__ DAY OF __March__, 20__06__
__/s/ L. Scott Coogler__
**UNITED STATES DISTRICT JUDGE**