```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )    CR. NO. 2:05cr169-C
                            )
SHEDRICK WILLIAMS           )
```

<u>UNITED STATES OF AMERICA'S MOTION
FOR A FINAL ORDER OF FORFEITURE</u>

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

On March 30, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Shedrick Williams to forfeit the following firearms to the United States:

> One Star, 9mm semi-automatic pistol, serial number 1440584; and,

> One Savage, 12 gauge shotgun, serial number A941462.

Notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms was published in the <u>Montgomery Independent</u> newspaper on June 15, 22 and 29, 2006.

No petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 1st day of August, 2006.

> FOR THE UNITED STATES ATTORNEY
> LEURA G. CANARY
>
> /s/John T. Harmon
> John T. Harmon
> Assistant United States Attorney
> Bar Number: 7068-II58J
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone:(334) 223-7280
> Facsimile:(334) 223-7560
> E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2006, I electronically filed the foregoing Motion for a Final Order of Forfeiture and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kent Brunson** and **Kevin L. Butler.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J