IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr169-C |
| | ) | |
| SHEDRICK WILLIAMS | ) | |

<u>FINAL ORDER OF FORFEITURE</u>

On March 30, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Shedrick Williams to forfeit the following firearms to the United States:

**One Star, 9mm semi-automatic pistol, serial number 1440584; and,**

**One Savage, 12 gauge shotgun, serial number A941462.**

The United States published in the <u>Montgomery Independent</u> newspaper notice of this forfeiture and of the intent of the United States to dispose of the firearms in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearms;

No timely petition has been filed; and,

The Court finds that defendant Shedrick Williams had an interest in the firearms that are subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c). The United States has established the requisite nexus between such in the commission of the violation of Title 18, United States Code, Section 924(c)(1)(A).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following firearms are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

**One Star, 9mm semi-automatic pistol, serial number 1440584; and,**

**One Savage, 12 gauge shotgun, serial number A941462.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the firearms described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

Done this 2nd day of August 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE