IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr169-LSC |
| | ) | |
| SHEDRICK WILLIAMS | ) | |

**ORDER**

For good cause, it is

ORDERED that the Government's Motion to Add Publication Dates to Record, filed on l5 June 2006 (doc. # 38) is GRANTED.

Done this 9th day of November, 2006.

                                   /s/Charles S. Coody
                                   CHARLES S. COODY
                                   CHIEF UNITED STATES MAGISTRATE JUDGE