AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: SHEDRICK WILLIAMS
Case Number: 2:05-CR-0169-LSC

RECEIVED

2007 JAN 16  P 3: 10

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIXTY SIX (66) months. This sentence consists of 6 months as to Count 2 and 60 months as to Count 3, with each of these counts to run consecutively. This term of imprisonment shall also run consecutive to any future sentence imposed in any other court.

The Court recommends to the Bureau of Prisons that the defendant be housed as close as possible to his family located in Mobile, Alabama.

The defendant is remanded to the custody of the United States Marshal.

RETURNED AND FILED

JAN 2 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on 01-08-07 to USP-Pollock at Pollock, LA.
_____, with a certified copy of this Judgment.

Fredrick Menifee, Warden
~~United States Marshal~~

By  E. Guillory, LIE
~~Deputy Marshal~~